UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELIJAH PAGE,<br><br>               Plaintiff,<br>    v.<br><br>CLARK COUNTY FIRE DISTRICT 6 et al.,<br><br>               Defendant. | CASE NO. 3:23-cv-05849-DGE<br><br>ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFENSE MEMORANDUM |

This matter comes before the Court on Plaintiff's Motion to Strike Defense Memorandum.  (Dkt. No. 71.)  Plaintiff asks the Court to strike Defendant Clark County Fire District 6's motion for summary judgment (Dkt. No. 64) because of Defendant's "deliberate and substantial violation of this Court's order limiting word count."  (*Id.* at 1.)  Pursuant to Local Civil Rule 7(g) "requests to strike material contained in or attached to submissions of opposing parties shall not be presented in a separate motion to strike but shall instead be included in the responsive brief, and will be considered with the underlying motion."  As such, the Court will not consider Plaintiff's Motion to Strike Defense Memorandum.

ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFENSE MEMORANDUM - 1

Notwithstanding, the Court notes that Plaintiff's Joint Response to Defendant's Motion for Summary Judgment contains a request asking the "Court to strike and refuse to consider the final 600 words of FD6's motion."  (Dkt. No. 81 at 1–2.)  Consequently, the Court will evaluate Plaintiff's request when deciding the motion for summary judgment.

Having considered Plaintiff's motion, the briefing of the parties, and the remainder of the record, the Court ORDERS that Plaintiff's Motion to Strike Defense Memorandum is STRICKEN.

Dated this 9th day of September, 2024.

David G. Estudillo
United States District Judge