UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELIJAH PAGE,<br><br>      Plaintiff,<br>  v.<br><br>CLARK COUNTY FIRE DISTRICT 6 et al.,<br><br>      Defendant. | CASE NO. 3:23-cv-05849-DGE<br><br>MINUTE ORDER AMENDING ORDER (DKT. NO. 101) |

  The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

  On November 4th, this Court issued an order granting District Defendants' motion for summary judgment. (Dkt. No. 101.) The Court amends page twenty-two of the order granting District Defendants' motion for summary judgment. A copy of the amended order is attached hereto.

  Dated this 5th day of November, 2024.

MINUTE ORDER AMENDING ORDER (DKT. NO. 101) - 1

1   The foregoing Minute Order authorized by THE HONORABLE DAVID G.
2   ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER AMENDING ORDER (DKT. NO. 101) - 2